**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-46688
e-mail lawschmidt@aol.com

**MEMO ENDORSED**

Sam A. Schmidt, Esq.

December 11, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**By ECF**

Re: *U.S. v. Christine Morrison*
19 Cr. 666 (KMK)

Dear Judge Karas:

Christina Morrison is still recuperating from surgery after she broke her leg. Though she has increased mobility, she has no way to travel to court for the conference scheduled for tomorrow, December 12, 2019 except by mass transit. Such travel is difficult if not impossible for her at this time. Therefore, we respectfully request that she not be required to appear at the scheduled conference.

The government has no objection to this request.

Respectfully submitted,
/s/

Sam A. Schmidt

Granted.
So Ordered.
KMK
12/11/19